# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142514

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

GLIS,

Plaintiff-Appellee,

v

KAUL GLOVE AND MANUFACTURING
COMPANY, d/b/a CHOCTAW-KAUL
DISTRIBUTION COMPANY,
Defendant-Appellant.

SC: 142514
COA: 293682
Genesee CC: 06-084124-CK

_____/

On order of the Court, the application for leave to appeal the December 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

Clerk

t0718